**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**FILED**

**Jun 24, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.                                             CR NO: 2:25-CR-0277-DC

**JORGE ARELLANO-TORRES**

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee:   JORGE ARELLANO-TORRES

Detained at   SIERRA CONSERVATION CENTER

Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with:   8 U.S.C. § 1326 – Deportable Alien Found in U.S.

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:   /s/ *J. Douglas Harman*

Printed Name & Phone No:   J. DOUGLAS HARMAN, (916) 554-2703

Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum                    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   June 24, 2026

/s/ Carolyn K. Delaney

Honorable Carolyn K. Delaney
CHIEF U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male  ☐Female | |
| Booking or CDC #: | CD1588 | DOB: | 3/27/1993 |
| Facility Address: | 5100 O'Byrnes Ferry Road, Jamestown, CA 95327 | Race: | HISPANIC |
| Facility Phone: | (209) 984-5291 ex. 5453 | FBI#: | 992730WD2 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

_____
(signature)