HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
PHILIP ISSA, Bar No. 90007347 (District of Columbia)
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Arellano-Torres

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JORGE ARELLANO-TORRES,<br>Defendant. | Case No. 2:25-CR-00277-DC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME**<br><br>Date: August 28, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Douglas Harman, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Philip Issa, counsel for Defendant Jorge Arellano-Torres, that the previously scheduled Status Hearing set for August 28, 2026, be continued to **September 4, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1. The Government has produced over 500 pages of documents and audio recordings of Defendant's removal proceedings in discovery.
2. The Government has made a fast-track plea offer that expires August 24, 2026.
3. The Probation Office provided the parties with a pre-plea presentence report on August 14, 2026.
4. Defendant requires a reasonable period, up to the expiration of the August 24 plea offer deadline, to review the evidence, the presentence report, and the offer.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between August 28, 2026 and September 4, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Arellano's interest in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 20, 2026

*__/s/ Philip Issa__*
PHILIP ISSA
Assistant Federal Defender
Attorneys for Defendant
Mr. Arellano-Torres

Date: August 20, 2026

ERIC GRANT
United States Attorney

*__/s/ J. Douglas Harman__*
J. Douglas Harman
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on August 20, 2026 (Doc. No. 16), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for August 28, 2026, is VACATED and RESET for September 4, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between August 28, 2026 and September 4, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **August 21, 2026**

Dena Coggins
United States District Judge